**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARRY ARMITAGE,**

                **Plaintiff,**

**-vs-**                                  **Case No.  6:05-cv-890-Orl-19KRS**

**DOLPHIN PLUMBING & MECHANICAL,**
**LLC., RALPH PARROT,**

                **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DOLPHIN PLUMBING & MECHANICAL, LLC. (Doc. No. 7)**
>
> **FILED:** July 15, 2005
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Defendant Dolphin Plumbing & Mechanical, L.L.C. (DPM) filed an answer to Plaintiff Harry Armitage's Complaint on July 18, 2005.  Doc. No. 8.  Thus, an entry of default against DPM is not warranted.  Fed. R. Civ. P. 55(a).

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2005.

                                  *Karla R. Spaulding*
                                  KARLA R. SPAULDING
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties