# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARRY ARMITAGE,**

                         **Plaintiff,**

**-vs-**                                       **Case No.  6:05-cv-890-Orl-19KRS**

**DOLPHIN PLUMBING & MECHANICAL,
LLC., RALPH PARROT,**

                         **Defendants.**

_____

## ORDER

      This cause came on for consideration after oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFFS' MOTION FOR RECONSIDERATION** (Doc. No. 48) |
| **FILED:** | **June 29, 2006** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

      It is **ORDERED** that Ralph Parrot, individually and as the corporate representative of Dolphin Plumbing & Mechanical, LLC., shall appear for a deposition at 1:00 p.m. today at the place designated by counsel for the plaintiff.  The deposition shall continue for up to seven hours, excluding break time. Accordingly, it is further **ORDERED** that Mr. Parrot shall remain at the deposition until excused by counsel for the plaintiff or at the end of seven hours of deposition time, as such time is kept by the court reporter.  Failure to comply with this Order will result in imposition of sanctions.

      If any problems arise during the deposition that require Court intervention, counsel may contact my courtroom deputy clerk to schedule a telephone hearing to be conducted before  4:30 p.m.

today.  Alternatively, counsel shall contact my courtroom deputy clerk after 8:00 a.m. tomorrow to

schedule a time for a hearing.  Mr. Parrot will be required to appear personally at any hearing

scheduled on Friday, July 7, 2006.

        **DONE** and **ORDERED** in Orlando, Florida on July 6, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

-2-