**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HARRY ARMITAGE and THOMAS
ARMITAGE,

      Plaintiffs,

vs.                                     CASE NO. 6:05-CV-890-ORL-19KRS

DOLPHIN PLUMBING & MECHANICAL,
LLC, RALPH PARROT,

      Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 105, filed May 17, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 105) is **ADOPTED and AFFIRMED.** The Motion for Taxation of Attorneys' Fees for Plaintiff Harry Armitage (Doc. No. 99, filed February 28, 2007) is **GRANTED IN PART AND DENIED IN PART.** Plaintiff Harry Armitage is hereby awarded **$33,860.50** in attorneys' fees.

**DONE AND ORDERED** at Orlando, Florida, this ___19h___ day of June, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record