**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HARRY ARMITAGE and THOMAS**
**ARMITAGE,**

    **Plaintiffs,**

**-vs-**            **Case No. 6:05-cv-890-ORL-19KRS**
                  **consolidated with**
             **Case No. 6:05-cv-891-ORL-19KRS**

**DOLPHIN PLUMBING & MECHANICAL,**
**LLC., RALPH PARROT,**

    **Defendants.**
_____

## ORDER AND JUDGMENT AWARDING COSTS

   This case was considered by the Court on the Report and Recommendation of the United

States Magistrate Judge. (Doc. No. 107, filed July 12, 2007). No objection to said Report and

Recommendation was filed. Upon consideration, it is

   **ORDERED** that the Report and Recommendation (Doc. No. 107) is **ADOPTED and**

**AFFIRMED**. Defendants' Motion For Award Of Attorneys' Fees And Costs (Doc. No. 100) is

**GRANTED IN PART and DENIED IN PART**. The Clerk of Court shall enter a Judgment for

Costs in the amount of $1,216.41 in favor of Defendants Dolphin Plumbing & Mechanical, LLC and

Ralph Parrot, jointly, and against Plaintiff Thomas Armitage.

   **DONE** and **ORDERED** in Chambers in Orlando, Florida on July 27, 2007.

                 _Patricia C. Fawsett_
                 PATRICIA C. FAWSETT, CHIEF JUDGE
                 UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record