**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HARRY ARMITAGE and THOMAS ARMITAGE,

    Plaintiffs,

vs.                                    CASE NO. 6:05-CV-890-ORL-19KRS

DOLPHIN PLUMBING & MECHANICAL, LLC, and RALPH PARROT,

    Defendant.

_____

**FINAL JUDGMENT**

    IT IS ORDERED AND ADJUDGED that Plaintiff, Harry Armitage of 122 South Cory Drive, Edgewater, Florida 32141, recover from the Defendants, Dolphin Plumbing & Mechnical, LLC and Ralph Parrot of 1700 Timber Edge Drive, Deland, Florida 32724, attorney's fees in the amount of $33,860.50 and costs in the amount of $1,997.36, for a total of $35,857.86, that shall bear interest at the highest rate allowable by law, for which sum let execution issue.

    **DONE AND ORDERED** at Orlando, Florida, this __2nd__ day of October, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record